FILE COPY

RE: Case No. 14-0403                    DATE: 6/5/2015
    COA #: 04-12-00852-CV    TC#: 2008-CVF-000665-D2
STYLE: THOMAS A. LAMONT
    v. JERRY L. HAMBLIN AND RICOCHET ENERGY, INC.

    Today the Supreme Court of Texas denied the motion
for rehearing of the above-referenced petition for
review.

                    MS. ESTHER DEGOLLADO
                    WEBB COUNTY DISTRICT CLERK
                    1110 VICTORIA ST. SUITE 203
                    LAREDO, TX  78040

FILE COPY

RE: Case No. 14-0403  DATE: 6/5/2015
COA #: 04-12-00852-CV  TC#: 2008-CVF-000665-D2
STYLE: THOMAS A. LAMONT
v. JERRY L. HAMBLIN AND RICOCHET ENERGY, INC.

Today the Supreme Court of Texas denied the motion for rehearing of the above-referenced petition for review.

MR. WALLACE B. JEFFERSON
ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 CONGRESS AVENUE, SUITE 2350
AUSTIN, TX  78701-3562

FILE COPY

RE: Case No. 14-0403                    DATE: 6/5/2015
COA #: 04-12-00852-CV     TC#: 2008-CVF-000665-D2
STYLE: THOMAS A. LAMONT
   v. JERRY L. HAMBLIN AND RICOCHET ENERGY, INC.

    Today the Supreme Court of Texas denied the motion for rehearing of the above-referenced petition for review.

                  MR. KEITH E. HOTTLE
                  CLERK, FOURTH COURT OF APPEALS
                  BEXAR COUNTY JUSTICE CENTER
                  300 DOLOROSA, STE. 3200
                  SAN ANTONIO, TX  78205

FILE COPY

RE: Case No. 14-0403                    DATE: 6/5/2015
    COA #: 04-12-00852-CV    TC#: 2008-CVF-000665-D2
STYLE:THOMAS A. LAMONT
    v. JERRY L. HAMBLIN AND RICOCHET ENERGY, INC.

    Today the Supreme Court of Texas denied the motion
for rehearing of the above-referenced petition for
review.


                    MR. BYRON C. KEELING
                    KEELING & DOWNES, P.C.
                    1500 MCGOWEN, SUITE 220
                    HOUSTON, TX  77004